

FILED & JUDGMENT ENTERED
Steven T. Salata

April 19 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **GRAYSON REAL ESTATE, LLC,** | ) | Case No. 23-50125 |
| | ) | |
| Debtor. | ) | |

## ORDER CONFIRMING CHAPTER 11 PLAN

This cause came before the Court on April 5, 2024 to consider confirmation of the *First Amended Plan of Reorganization* (the "Plan") [Doc. 104], filed by debtor and debtor in possession Grayson Real Estate, LLC (the "Debtor"). Richard S. Wright, Esq. appeared for the Debtor, and Shelley K. Abel, Esq. appeared as the United States Bankruptcy Administrator for the Western District of North Carolina. Based upon a review of the record, the evidence presented, and the arguments of counsel, the Court finds and concludes as follows:

1. The Debtor timely transmitted the Plan, the approved disclosure statement, an appropriate ballot conforming to Official Form No. 314, and the *Order Approving Amended Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* [Doc. 122] to its creditors and all other parties in interest.

2. The confirmation hearing was held on due and proper notice to all interested parties.

3. All classes of creditors in which ballots were cast voted to accept the Plan.

4. No objections to the Plan were filed or otherwise received.

5. All applicable requirements for consensual confirmation of the Plan set forth in 11 U.S.C. § 1129(a) have been met.

6. The Plan contemplates a sale of the Debtor's real property located at 6509 Grayson Lane, Kannapolis, North Carolina (the "Property") to generate funds for the satisfaction of claims, which is scheduled to close by April 15, 2024. The Court previously approved said sale in that *Order Approving Sale of Real Property to WBJM, LLC* [Doc. 125].

7. The Debtor will incur various costs in connection with the sale, including, but not limited to, the costs of removing various personal property from the Property. The Debtor's appointed broker, Iron Horse Commercial Properties, LLC ("Iron Horse"), is coordinating the removal of the personal property and the preparation of the Property for sale. Accordingly, the Debtor sought specific approval at the confirmation hearing to reimburse Iron Horse for any advances made on the Debtor's behalf in that regard.

8. The Debtor's request is reasonable under the circumstances and no parties objected to the same.

9. Confirmation of the Plan and entry of this Order are in the best interests of the Debtor, its estate, its creditors, and all other parties in interest.

**THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that:**

A. The Plan is confirmed;

B. The Plan is incorporated in this Order by reference as if fully set forth herein;

C.  The Debtor is authorized and directed to reimburse Iron Horse for any advances it has made on the Debtor's behalf in connection with the sale of the Property as costs of sale at closing;

D.  The Court shall hold a status hearing with respect to the sale of the Property on May 3, 2024 at 11:00 a.m. in the United States Bankruptcy Court, U.S. Courthouse, 200 West Broad Street, Statesville, North Carolina 28677, *provided that* if the Debtor files a Report of Sale prior to said date the scheduled hearing shall be cancelled;

E.  To the extent any findings of fact in this Order constitute conclusions of law, and *vice versa*, they are adopted as such; and

F.  The Court shall retain jurisdiction over any and all issues arising from or related to the implementation, interpretation, and enforcement of this Order and/or the Plan.

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |
|---|---|